# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00284-CR

**Juan Manuel Cervantes, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 02-190-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

Appellant Juan Manuel Cervantes pleaded guilty to aggravated assault. *See* Tex. Pen. Code Ann. ' 22.02 (West 1994). The court adjudged him guilty and sentenced him to twenty years= imprisonment.

The clerk=s record contains a written waiver of appeal signed by appellant. This document reflects a knowing and voluntary waiver of the right to appeal and was signed on the day sentence was imposed in open court. A defendant who knowingly and intelligently waives his right to appeal may not thereafter appeal without the consent of the trial court. *Ex parte Dickey*, 543 S.W.2d 99 (Tex. Crim. App. 1976); *see also Hurd v. State*, 548 S.W.2d 388 (Tex. Crim. App. 1977); *Reed v. State*, 516 S.W.2d 680 (Tex. Crim. App. 1974). Appellant sought and was refused permission to appeal.

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   June 13, 2002

Do Not Publish